**FILED**

2026 Apr-28  PM 08:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

**JEFFERSON COUNTY COMMISSION**



JAMES A. (JIMMIE) STEPHENS – PRESIDENT
T. JOE KNIGHT – PRESIDENT PRO TEMPORE
LASHUNDRA SCALES
SHEILA TYSON

**OFFICE OF COUNTY ATTORNEY**
**Theodore A. Lawson, II**
**County Attorney**

**Risk Management Division**
Sophia Juzang
Risk Manager

Darrell Moore
Risk Management Coordinator

3/12/2026

**RE: JCC-0000969**

Ms. Dana Jacks

270 Courthouse
716 Richard Arrington, Jr. Blvd. N.
Birmingham, Alabama 35203
Telephone (205) 325-5110
FAX (205) 581-7596

Please be advised that we have completed our investigation into your claim filed against the Jefferson County Commission for a wrongful death suit.

Upon investigation, In accordance with **Act No. 87-186**, the "Alabama Litigation Accountability Act," Jefferson County and the Jefferson County Commission have no responsibility or authority over the Jefferson County Sheriff, Sheriff Deputies or its employees.

In addition to the above, in **Section 112 of the Constitution of Alabama**, the members of the executive department of the State, including the Sheriff of each county, while in the performance of their official duties, are immune from civil liability. With respect to the Sheriff, the Supreme Court of Alabama has declared that the deputies of the Sheriff are the **"alter ego"** of the Sheriff and the Sheriff's immunity likewise attaches to the performance of their duties. Therefore, the Jefferson County Commission is not legally liable for civil damages resulting from the performance of their duties.

In light of the foregoing, your claim with Jefferson County Commission has been denied. For your records, please see enclosed the Resolution for denial dated 1/22/2026.

Sincerely,

Darrell Moore
Management Coordinator

## RESOLUTION

BE IT RESOLVED BY THE JEFFERSON COUNTY COMMISSION that the wrongful death claim of Dana Jacks, Administrator of the Estate of John Jacks, is hereby denied.

APPROVED BY THE JEFFERSON COUNTY COMMISSION

01/22/2026

Item # 15288, Resolution: 2026-82, Minute Book: 181, Page(s) 68

DocuSigned by:

*Aleshia Y. Coleman*

3C97DBE1EA3B444...