## LETTERS OF ADMINISTRATION

IN THE MATTER OF THE ESTATE OF:      IN THE PROBATE COURT OF
JEFFERSON COUNTY, ALABAMA

<u>JOHN CHRISTOPHER JACKS</u>
Deceased

CASE NO.   <u>25BHM00714</u>

### LETTERS OF ADMINISTRATION

Letter of Administration on the above-named deceased are hereby granted to <u>**DANA JACKS**</u> who has duly qualified and given bond in the amount $ <u>**20,000.00**</u> as such Personal Representative and is authorized to administer such estate. Subject to the priorities stated in §43-8-76, Code of Alabama (1975, as amended), the said Personal Representative, acting prudently for the benefit of interested persons, has all the powers authorized in transactions under §43-2-843, Code of Alabama (1975, as amended).

**WITNESS** my hand this date, the 10th  day of April 2025.

<u>**YASHIBA GLENN BLANCHARD**</u>
Judge of Probate

I, Yashiba Glenn Blanchard, Judge of Probate Court of Jefferson County, Alabama, hereby certify that the foregoing is a true, correct and full copy of the **Letters of Administration** issued in the above-styled cause as appears of record in said Court. I further certify that said Letters are still in full force and effect.

**WITNESS** my hand and seal of said Court this date, April 10, 2025.

Judge of Probate