FILED
2026 Apr-28  PM 08:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

**JEFFERSON COUNTY CORONER
MEDICAL EXAMINER OFFICE
1515 Sixth Avenue South
Birmingham, Alabama 35233-1601**

**NAME:**    **JOHN CHRISTOPHER JACKS**         **CASE:**    **2023-5261**

**AGE:**    48 years                                 **DEATH:**    Date:  11/02/2023
**SEX:**    Male                                                Hour:   0016
**HEIGHT:** 67 inches
**WEIGHT:** 236 pounds                          **EXAM:**    Date:  11/02/2023
                                                                            Hour:  AM

**PATHOLOGIST**: Daniel S. Atherton, M.D.         **DEPUTY CORONER**: Chris Moore

## EXAMINATION FINDINGS

I.   The decedent was a 48 year old inmate who was found unresponsive in his jail cell.

II.  Evidence of blunt force injury to head.
- a.  Multiple intraparenchymal hemorrhages.
    - i.  Left frontal, right temporal, and left cerebellum.
- b.  Diffuse subarachnoid hemorrhages of the cerebrum and cerebellum.
- c.  Linear non-displaced fracture of the left aspect of the posterior fossa.
- d.  Fracture of the anterior fossa.
- e.  Diffuse subdural hemorrhages.
- f.  Areas of hypoxic-ischemic changes in neurons.

**CAUSE OF DEATH:**          Complications of blunt force injury of head.

**MANNER OF DEATH:**         Undetermined.

*Michael P.A Williams MD*
_____
**Michael P. A. Williams, M.D.**
**UAB Pathology Fellow**

*Daniel Atherton MD*
_____
**Daniel S. Atherton, M.D.**
**Associate Coroner/Medical Examiner**

Dr. Williams/DSA/sa

Page **1** of **6**
**SIGNED**:  Date: 2024.01.04 11:28:41 -06'00'

**2023-5261**
**JOHN CHRISTOPHER JACKS**

**Identification**: A tag attached to the body bag identifies the body as "Jacks, John, 11-2-23, 04:00, Chris Moore ,0006194, 2023-5261, Jefferson."

**Clothing**: The body is received nude. A blue draping covers the body.

**Evidence of Medical Attention**:

1. Multiple EKG pads cover the torso, upper, and lower extremities.
2. An external ventricular drain exits the vertex of the head. The drain is sutured and stapled in place. On each side of the external ventricular drain are two sutured incisions measuring 1.2 inches in greatest dimension. The frontal bones of the calvarium contains three burr holes measuring 0.5 cm each.
3. An endotracheal tube and orogastric tube exit the mouth, respectively.
4. A triple lumen catheter is sutured and taped on the right side of the neck. The catheter exits the superior vena cava. An intravenous exits the right antecubital fossa and is taped in place.
5. An intravenous line exits the left wrist and is taped in place. A 1,000 mL sodium chloride bag is attached to the line.
6. The hands and ankles are bound by gauze, respectively.
7. A hospital ID band with Medical Record Number (MRN) 3516589 encircles the right wrist.
8. The fingertips of the left hand contain multiple punctate areas of ecchymosis consistent with therapeutic intervention.
9. A Foley catheter exits the urethra.
10. A needle puncture, covered with gauze and tape, is found on the dorsal aspect of the left hand.
11. An anal tube exits the anus.
12. Adhesive pads cover the ankles and heels.
13. A hospital toe tag, labeled with Medical Record Number (MRN) 3516589, encircles the right toe.
14. A pulse oximeter monitor is on the right toe.

## EXTERNAL EXAMINATION

**General**: The un-embalmed, well-preserved body is that of a white male measuring 67 inches in length and weighing 236 pounds. Rigor mortis has developed and is broken with difficulty. Purple livor mortis covers the back. The body is cool to touch and has been refrigerated. The body is free of tattoo.

**Head and Neck**: See "Evidence of Medical Attention" and "Evidence of Injury." The scalp is covered with short black and grey hair with moderate balding. The sclerae are anicteric. The conjunctivae are pale pink and free of petechiae. The irides are blue. The earlobes are not pierced. The nares are patent. The lips are free of laceration and contusion. The frenula are intact. The teeth appear healthy and natural. A short black beard covers the face. No acute fracture is palpable in the zygomatic arches. The neck is appropriately mobile and free of mass, mark, and scar.

**Torso**: An 8 inch linear, well healed scar is on the chest. The protuberant abdomen and back are free of scar. The genitalia are that of a male adult and are free of injury.

2023-5261
JOHN CHRISTOPHER JACKS

**Arms**: See "Evidence of Medical Attention." No fracture is palpable in the long bones and there are no visible needle tracks. Five fingers are on each hand. The fingernails are 0.1 inch beyond the fingernail tips, neatly trimmed, and clean. The fingernail beds are pale.

**Legs**: The legs are free of scar, palpable fracture of the long bone, and edema. The legs are minimally hairy distal to the groin. Five toes are on each foot.

## EVIDENCE OF INJURY

The body bears injury due to blunt force trauma.

1. The right eye has an area of yellow-purple contusion/ecchymosis.
2. A linear non-displaced fracture is on the left posterior cranial fossa. A small fracture is also observed on the left anterior fossa.
3. The reflected scalp shows diffuse contusion. No thrombus fills the dural sinuses. The meninges are free of mass. Blood fills the subdural and subarachnoid space. The hemispheres are symmetric and have mild edematous changes. The brain is free of herniation. The vessels at the base of the brain are intact and free of dilatation. Coronal sections of the cerebral hemispheres demonstrate multiple intraparenchymal hemorrhages, predominantly in the subcortical white matter of the left superior and middle frontal lobes, the right temporal lobe, and in the cerebellum. The hemorrhages measure 3-4 cm in greatest dimension. No significant hemorrhage, mass effect or scar is present within the deep gray nuclei, midbrain, pons, and medulla. The ventricles are not enlarged and grossly contain no blood. The choroid plexus is free of significant mass, purulence, and cyst.

## INTERNAL EXAMINATION

**Body Cavities**: The mesothelial surfaces are free of mass. The left pleural cavity contains 50 mL of straw-colored fluid. The right pleural, pericardial, and peritoneal cavities are free of excess fluid. The pericardial cavity contains markedly dense adhesions.

**Cardiovascular System**: There are patent bypass grafts, free of atheroma or thrombus, along the anterior epicardial surface of the heart, the left lateral epicardial surface of the heart, and the right side of the ascending aorta, respectively. The native coronary arteries arise normally and follow their usual courses. The circulation is right dominant. Atheromatous plaques resulting in 80% narrowing of the right coronary artery is found. The native left anterior descending artery contains a metallic stent with atheromatous calcifications. Serial sections of the 650 gram heart reveal multiple yellow white discoloration and softening involving the interventricular septum of the left ventricle that extends to the apex of the heart and involves papillary muscles. There is moderate dilatation of the chambers. The septa are free of defect. The endocardium is free of mural thrombi. The valves are thin, pliant, and normal in form. The aorta contains fatty streaks. Calcifications are found within the splenic artery.

**Pulmonary System**: The right lung is 1,020 grams. The left lung is 1,090 grams. Mild adhesions are found in between each lung. The left lung contains areas of consolidation. Each lung is composed of tan, maroon tissue free of thromboemboli, emphysema, and mass. The trachea and bronchi are patent. The tracheal mucosa is smooth and pink.

2023-5261
**JOHN CHRISTOPHER JACKS**

**Liver and Pancreas**: The 2,490 gram liver has an intact capsule and is composed of brown tissue free of mass and scar. The gallbladder is absent. The pancreas is composed of lobular tan tissue free of cyst, mass, and scar.

**Lymphoid System**: The 390 gram spleen has an intact capsule and is composed of red and white pulp free of focal lesion. The cervical, hilar, and peritoneal lymph nodes are not enlarged.

**Endocrine System**: The thyroid is composed of maroon tissue free of cyst, mass, and scar. The adrenal glands are composed of yellow cortices and brown medullae free of mass.

**Gastrointestinal Tract**: The esophageal mucosa is smooth and tan. The stomach contains 500 mL of green fluid. The stomach and duodenum are free of mass and ulcer. No mass is palpable in the small or large intestine. The appendix is present.

**Genitourinary System**: The right kidney is 220 grams. The left kidney is 230 grams. Each kidney is composed of a granular cortex surrounding darker maroon pyramids. The upper pole of the right kidney contains a 5.5 x 4.1 cm simple cyst. The kidneys are free of mass, scar, hemorrhage, abscess, and stone. The ureters are not dilated. The bladder mucosa is smooth, cream colored and contains a 0.3 cm superficial contusion, consistent with catheterization. The bladder contains clear urine. The prostate is not enlarged.

**Musculoskeletal System**: The ribs and spine are normal in form and free of fracture. Suture wires are found centrally in the chest wall.

**Neck Organs**: The tongue is free of laceration and contusion. The pharynx is not obstructed. The strap muscles are free of contusion. The thyroid cartilage and hyoid bone are free of fracture. The laryngeal mucosa is smooth and pink.

**Head and Central Nervous System**: See "Evidence of Injury." See "Evidence of Medical Attention.". The 1,390 gram brain is free of neoplastic mass.

## MICROSCOPIC EXAMINATION

**Heart (2 sections, H&E)**: Sections of the heart show markedly diffuse fibrosis admixed with myocyte hypertrophy. The sections are free of inflammatory infiltrate.

**Lungs (2 sections, H&E)**: A section of the left lung shows inflammatory pneumonic infiltrate with occasional bacterial colonies. The right lung shows alveoli with occasional centrilobular emphysematous change. Both lungs are free of birefringent foreign body material.

**Liver (1 section, H&E)**: Hepatocytes show fatty change. Congestion of blood is seen within the sinusoids. The section is free of significant scar.

**Kidney (1 section, H&E)**: A section of kidney shows glomerulosclerosis (2-3% of observed glomeruli) and rare arterioles with thickened walls. The section is free of birefringent foreign body material.

**2023-5261**
**JOHN CHRISTOPHER JACKS**

**Right Temporal Lobe (1 section, H&E)**: A cortical section shows intraparenchymal hemorrhage and hyalinized arterioles. Focal areas of neurons demonstrate changes consistent with hypoxic-ischemic injury.

## SPECIMENS TAKEN

**Toxicology**: Admission blood and vitreous humor are retained.

**Radiographs**: None taken.

**Physical Evidence**: Fingerprints and blood samples on a DNA matrix card are retained.

**Ancillary Laboratory Studies**: None requested.

2023-5261
JOHN CHRISTOPHER JACKS

## CASE SUMMARY

Mr. John Christopher Jacks was a 48 year old white male inmate who reportedly was found down in his jail cell. The decedent was taken and admitted to UAB hospital with documented imaging showing intraparenchymal and subarachnoid hemorrhages. Despite continued resuscitative efforts, his condition worsened the decedent was pronounced dead.

Autopsy revealed evidence of blunt force injury to the head with examination of the brain showing multiple intraparenchymal hemorrhages predominant in the left frontal, right temporal, and left cerebellum. Autopsy also showed diffuse subarachnoid hemorrhages of the cerebrum and cerebellum and diffuse subdural hemorrhages. The left aspect of the posterior fossa showed a linear non-displaced fracture. A small fracture is also seen in the anterior fossa. Histology of the brain showed areas of hypoxic-ischemic changes. The heart showed evidence of multiple stent and graft interventions and remote myocardial ischemia. No drugs were detected in an alkaline screen of antemortem blood.

It is our opinion, based on the circumstances surrounding death and the examination findings, that Mr. John Christopher Jacks died as a result of complications of blunt force injury of the head. The manner of death is best classified as undetermined.


_Michael P. A Williams MD_
_____
**Michael P. A. Williams, M.D.**
**UAB Pathology Fellow**

_Daniel Atherton MD_
_____
**Daniel S. Atherton, M.D.**
**Associate Coroner/Medical Examiner**

Dr. Williams/DSA/sa



**HEERSINK**
SCHOOL OF MEDICINE
The University of Alabama at Birmingham
Department of Pathology
Forensic Toxicology Laboratory

## UAB Forensic Toxicology Laboratory

619 19th Street South, W286, Birmingham, Alabama 35233
Phone: (205) 934-9925

### Toxicology Report

| | | |
|---|---|---|
| **Lab Case ID:** TOX2023-1089 | **Date of Death:** 11/2/2023 | **Date Received:** 11/6/2023 |
| **ME Case ID:** 2023-5261 | **Date Collected:** 11/2/2023 | **Date Reported:** 12/1/2023 |
| **Decedent:** John Christopher Jacks | | |
| **Date of Birth:** 7/12/1975 | **Ordering Physician:** | |
| **Age:** 48 | **Pathologist:** Daniel S. Atherton, M.D. | |
| **Sex:** M | **Agency:** Jefferson County Coroner/Medical Examiner's Office | |

### Specimens Received / Analysis Requested

| ID | Description | Specimen | Analysis Requested | Volume |
|---|---|---|---|---|
| 1 | Tube | Vitreous | Not tested | 2 mL |
| 2 | Tube | AM blood, Lavender, 10/26/23 @ 0033 | Alkaline screen | 1 mL |

### Results

| Specimen | Analysis/Analyte | Method | Results |
|---|---|---|---|
| AM blood, Lavender, 10/26/23 @ 0033 (2) | Alkaline Drug Screen | GC/MS | NDD |

**DA** = Drugs of abuse (Amphetamine, Barbiturates, Benzodiazepines, Cocaine M (Cocaine Metabolite), Opiates, Fentanyl, 6-Monoacetylmorphine (6-MAM), Tricyclic Antidepressants, Methadone, Cannabis M (Cannabis Metabolite)

**NA** = Not analyzed; **ND** = Not detected; **NDD** = No drugs detected
**P(NQ)** = Present (Not quantitated); **QNS** = Quantity not sufficient for analysis
**Units** = Alcohol and Volatiles, g/dL; Blood, mg/L; Tissue, mg/kg; CO, %

\* If initial screening test is positive for Cannabis M, this is a
presumptive positive result which requires further analyses to confirm
the presence of cannabinoids.

Accredited by the College of American Pathologists

Generated: 8/28/2024  3:45:20 PM

Karen S. Scott, Ph.D., F-ABFT,
Director, Forensic Toxicology

| Reference Laboratories: |
|---|
| ARUP Laboratories, 500 Chipeta Way, Salt Lake City, Utah 84108 |
| NMS Labs, 200 Welsh Road, Horsham, PA 19044 |
| CFSRE, 206 Welsh Road, Horsham, PA 19044 |



# Jefferson County Coroner/Medical Examiner's Office

**Coroner Report**

1515 6th Avenue South, Suite 220, Birmingham, Alabama 35233
Office: (205) 930-3603     Email: Coroner@jccal.org
Fax: (205) 930-3595     Webpage: www.jccal.org/coroner

---

**Notification of Death:**

**Jurisdiction** Assumed     **Division** Birmingham     **Incident** in-custody     **Case #** 2023-5261
**Notified by** UAB NICU     **Date** 11/2/2023     **Time** 0116     **Scene** No     **Arrival time**
**Physician certifying death** Daniel S. Atherton

---

**Decedent Information:**

**Decedent name First** John     **Middle** Christopher     **Last** Jacks

**Age** 48     **Race** W     **Sex** M     **Date of Birth** 7/12/1975
**Home address** 1600 Kathy Lane Fultondale, AL     **Zip** 35068     **Occupation**

---

**Particulars of Death:**

| | Zip | Date | Time |
|---|---|---|---|
| **Last seen alive** UAB Hospital (1802 6th Ave S Birmingham, AL) | 35233 | 11/2/2023 | 0015 |
| **Place of injury** 809 Richard Arrington Jr. Blvd N, Birmingham, AL | 35203 | 10/25/2023 | |
| **Place Found** 809 Richard Arrington Jr. Blvd N, Birmingham, AL | 35203 | 10/25/2023 | 1835 |
| **Pronounced** UAB Hospital (1802 6th Ave S Birmingham, AL) | 35233 | 11/2/2023 | 0016 |

**Pronounced by** Dr. John Graham     **On the job** No

---

**Police agency:** Jefferson County Sheriff's Office     **Agency case #** 2023-00080283
**Officer** Gaines     **Technician**     **Detective**

---

**Identified:** Yes     **Method** visual (scene)     **By** Amanda Shackleton (UAB NICU)
**Location** UAB     **Date** 11/2/2023     **Time** 0116

---

**Condition of Decedent and Premises:**

**Rigor**     **Livor**     **Body temp**     **Medical record #** 3516589
**Condition of premises** UAB Hospital NICU

---

**Disposition of Decedent:** county burial     **Date** 11/2/2023

---

**Remarks:**

Investigator: _Chris B. Moore_     Chris Moore, Deputy Coroner     11/2/2023
Date

Approved by: _Matt Angelo_     Matt Angelo, Lead Deputy Coroner     11/3/2023
Date

Generated: 8/28/2024 3:45:25 PM     Page 1 of 1



# Jefferson County Coroner/Medical Examiner's Office

**Coroner Narrative**

1515 6th Avenue South, Suite 220, Birmingham, Alabama 35233
Office: (205) 930-3603          Email: Coroner@jccal.org
Fax: (205) 930-3595            Webpage: www.jccal.org/coroner

**Decedent:** John Christopher Jacks                                    **Case #** 2023-5261

**Circumstances Surrounding Death**

The decedent was an inmate at the Jefferson County Jail and on 10/25/2023 at approximately 1835 hours was found down in his jail cell.  He was initially treated by jail nurses and was returned to his cell, but his condition worsened and was taken to UAB where he arrived at the emergency room at 0314 hours on 10/26/2023. The decedent was transferred to NICU and his medical condition continued to decline until his death was pronounced by Dr. John Graham on 11/2/2023 at 0016 hours.  The decedent had a subarachnoid hemorrhage that appears to have happened due to a fall suffered at the jail.  Details of the event that caused his injuries are unclear at this time. The decedent had just been sentenced to prison and was awaiting transfer to the Alabama prison system ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I assumed jurisdiction and had the body transported to CGH by Steele City Transport.  I had Sgt. Karl Walker send me the original incident report that was written on 10/25/2023 (New World report number 2023-00003592) and scanned it to filemaker.  I was eventually able to contact the decedent's next of kin, a sister by the name of Dana Jacks.  Ms. Jacks told me that she talked to the decedent by phone last week and he told her that he signed some paperwork with UAB to donate his body to them upon his death.  I will attempt to verify this information with the UAB Anatomical Donations Dept.


ADDENDUM:  11/2/2023,  0720 hours

A representative of the Anatomical Donations Dept. at UAB stated that they had no paperwork for the decedent.  I called the sister, Dana Jacks, and she stated that she would need to talk to her husband to see if they would be responsible for funeral arrangements or if it would be a county burial case.

Investigator:    _Chris B. Moore_         **Chris Moore, Deputy Coroner**          11/2/2023
                                                                                    Date