**DOMESTIC LIMITED LIABILITY COMPANY (LLC)**
**CERTIFICATE OF FORMATION**

PURPOSE: In order to form a Limited Liability Company (LLC) under Section 10A-5A-2.01 of the *Code of Alabama 1975,*  this Certificate of Formation and the appropriate filing fees must be filed with the Office of the Secretary of State. **The information required in this form is required by Title 10A.**

1.  The name of the limited liability company (must contain the words  "Limited Liability Company" or  the abbreviation "L.L.C." or "LLC,"  and comply with *Code of Alabama*, Section 10A-1-5.06. You may use Professional or Series before Limited Liability Company or LLC (or PLLC or SLLC) if they apply:

    SymboCor, LLC

2.  **A copy of the Name Reservation Certificate from the Office of the Secretary of State must be attached.**

3.  The name of the registered agent (only one agent):  Symbol Health Solutions, L.L.C.

    Street (**no PO Boxes**) address of registered office (must be located in Alabama):

    3765 A Government Blvd Mobile, AL 36693

    *COUNTY of above address:  MOBILE

    Mailing address in Alabama of registered office (if different from street address):

4.  The undersigned certify that there is at least one member of the limited liability company.

| **(For SOS Office Use Only)** |
|---|
| Alabama |
| Sec. Of State |
| 001-068-581      DLL |
| Date      03/14/2023 |
| Time        08:44:00 |
| File          $100.00 |
| County      $100.00 |
| ------- |
| Total      $200.00 |

LLC Cert of Formation - 11/2021              Page 1 of 2

**DOMESTIC LIMITED LIABILITY COMPANY (LLC)  CERTIFICATE OF FORMATION**

5.  Check **only** if the type applies to the Limited Liability Company being formed:

   ◯  Series LLC complying with Title 10A, Chapter 5A, Article 11

   ◯  Professional LLC complying with Title 10A, Chapter 5A, Article 8

   ◯  Non-Profit LLC complying with Section 10A-5A-1.04(c)

6.  The filing of the limited liability company is effective immediately on the date received by the office of the Secretary of State, Business Services Division or at the delayed filing date (cannot be prior to the filing date) specified in this filing complying with Section 10A-1-4.12
The undersigned specify ___3___ / _14_ / _2023_ as the effective date (must be on or after the date filed in the office of the Secretary of State, but no later than the 90th day after the date this instrument was signed) and the time of filing to be __8__ : 43    ◉ AM or ◯ PM. (cannot be noon or midnight – 12:00)

   ☐   Attached are any other matters the members determine to include herein (if this item is checked there must be attachments with the filing).

   _3_ / 14 / 2023

   Date    (MM/DD/YYYY)

   RICHARD E. DAVIS

   Signature as required by 10A-5A-2.04

   ATTORNEY

   Typed title (organizer or attorney-in-fact)

*County of Registered Agent is requested in order to determine distribution of County filing fees.

LLC Cert of Formation – 11/2021                                                    Page 2 of 2

Wes Allen
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Wes Allen, Secretary of State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

pursuant to the provisions of Title 10A, Chapter 1, Article 5, Code of Alabama 1975, and upon an examination of the entity records on file in this office, the following entity name is reserved as available:

**SymboCor, LLC**

This name reservation is for the exclusive use of RICHARD E. DAVIS, 2925 Post Office Box, Daphne, AL 36526 for a period of one year beginning March 14, 2023 and expiring March 14, 2024

**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the city of Montgomery, on this day.**

March 14, 2023

**Date**



RES079441

**Wes Allen**          **Secretary of State**