FILED
2026 Apr-28  PM 08:56
U.S. DISTRICT COURT
N.D. OF ALABAMA



![Symbol HEALTH SOLUTIONS]

# Onsite Clinic, Offsite Savings

Learn How Symbol Drives Real Healthcare Savings For Employers and Their Employees

## The Primary Care Crisis

**America's facing a primary care provider (PCP) shortage and employers are paying for it.**

Studies repeatedly show that lack of primary care leads to poorer health outcomes and higher medical spend.[1] That's because without a dedicated primary care provider (PCP), employees experience fragmented care, medical waste, and higher downstream healthcare costs.

Unfortunately, nearly 1/3 Americans don't have a PCP.[3]  And those that do have a provider, obtaining timely appointments is a challenge — with a recent survey showing that the average wait for a family medicine visit is about three weeks.[4]  This is problematic as inaccessibility to PCPs not only delays essential medical support but also contributes to higher healthcare costs and poorer health outcomes.

> Direct primary care is associated with a **~13%** reduction in overall demand for health care services and **~41%** reduction in emergency department usage.[2]

# Skyrocketing Costs, Sicker Employees — Something Isn't Adding Up

"

## Today's primary care shortage is causing ER & urgent care overuse

**UP TO**
**2/3** of hospital emergency room visits could be avoided with better primary care access.[5]

**30%** of emergency department visits are made by individuals without a primary care provider.[6]

ER and urgent care centers rarely provides follow-up care, lack crucial patient history to inform treatment decisions, and are not designed to manage chronic diseases — all leading to repeated high-cost episodes.[7]

Employers are experiencing the consequences of PCP inaccessibility. Today's healthcare spend is rising – with an expected **9% increase in 2025**

– in part, because employees are using the ER and urgent care for their primary care needs.[8] This misuse of the system leads to fragmented care, over treatment, and inefficiencies.

Luckily, there is a way to reverse this trend. Direct primary care delivers the medical support employees need to prevent disease progression, improve medication adherence, and treat acute illness. Studies show that employees who report having a primary care physician are shown to save employers **33%** in healthcare costs annually, regardless of their health conditions.[9]

For employers in the Southeast, **Symbol Health** is the premier choice solution. Our approachable model removes traditional barriers to primary care access while aligning incentives with employers through a shared risk model that prioritizes cost savings and better outcomes. Read on to learn how we make primary care accessible to you and your employees.

Symbol Health in Action:

# A Case Study in Employer Cost Savings



## The Challenge

A mid-sized employer Gulf Shores, AL with 788 lives, was struggling with **rising healthcare costs, high ER utilization, poor chronic disease management** among employees. They needed a solution to control their medical costs. They partnered with Symbol Health to deliver it.

## The Symbol Health Solution

Based on the employer's need and claims data, Symbol Health devised a strategy to:

 Launch an onsite health center with full primary care, mental health, and occupational health services

 Transition employees from ER and urgent care dependence to consistent primary care visits

 Implement chronic disease management programs with proactive follow-ups

 Add a prescription management program that enabled onsite medication dispensing

## The Results

*Over 10-year period
**Primary Care

 →  →  →

### ENGAGEMENT

**100**% employee engagement

**78**% spouse or offspring engagement

### UTILIZATION TYPE

**48**% of appointments for preventative care in 2024

**35**% of appointments for acute care in 2024

### RISK MANAGEMENT

**77**% of participants improved or maintained risk movement biometric screenings

### COST SAVINGS

**5**% reduction in PEPM spend year over year*

**49**% in diversion savings**, reducing costs from $288,575 to $146,869

**44**% decrease in medical supplies spend

**21**% decrease in brand medications spend

**DIABETIC PATIENTS**

**79**% of diabetic patients engaged with Symbol Health

**49**% savings for engaged diabetic patients compared to non-engaged patients

$**40,475** saved per month

$**485,475** saved per year

**HYPERTENSIVE PATIENTS**

**74**% of hypertensive patients engaged with Symbol Health

**47**% savings for engaged hypertensive patients compared to non-engaged patients

$**51,254** saved per month

$**615,048** saved per year

**OBESE PATIENTS**

**59**% of obese patients engaged with Symbol Health

**5**% savings for engaged obese patients compared to non-engaged patients

$**3,109** saved per month

$**37,308** saved per year

# Patient Satisfaction
## Survey Report

## Net Promoter Score

Net Promoter Score (NPS) is a key measure of customer satisfaction and loyalty. NPS can vary significantly across industries, with healthcare averaging between 25-46, as reported by SurveySensum and Userpilot. These differences can depend on factors like region, services offered, data collection methods, survey populations, and timeframes. Below are a few NPS scores from well-known companies for comparison:

| COMPANY | NPS SCORE |
| --- | --- |
| Costco | 52 |
| Amazon | 49 |
| Google | 42 |
| Target | 36 |
| Walmart | 9 |
| Best Buy | -3 |
| eBay | -6 |



**Net Promoter Score**
Gulf Shores Health Center



"I am so thankful to have the symbol clinic in Gulf Shores for medical needs and for the coaching to better my health."

*- Dewey N.*



"Don't change anything at all, the service is always the best and I have never had a bad experience with the staff. As always, Farrah King is a pleasure to speak with and very helpful in providing suggestions that fit my needs."

*- Jeffrey S.*



"I can't speak highly enough of Symbol Clinic. The entire experience, from the moment I walked in was fantastic."

*- Anonymous*

# The Symbol Health Way

A true partner for onsite primary care that you and your people will love

## Symbol Health isn't just an onsite clinic—it's an integrated healthcare partner.

Our approachable solution **removes traditional barriers to primary care access** while aligning incentives with employers through a **shared risk model** that prioritizes cost savings and better outcomes.

## How We Drive Real ROI and Employee Satisfaction:

### 1. Cost Containment:
#### Lowering Total Healthcare Spend

Reduces unnecessary ER & urgent care visits by

**XX**%

Lowers overall employer healthcare costs by

**XX**%

annually

Decreases specialist referrals and pharmacy spend by

**XX**<sup>*</sup>%

*relative to community alternatives

### 2. Shared Risk Model:
#### A True Partnership for Success

No per-employee-per-month (PEPM) fees—employers only pay for services rendered

Symbol assumes staffing risk, ensuring a seamless, cost-efficient operation.

Symbol aligns incentives using performance guarantees and risk-sharing agreements

### 3. High Employee Engagement:
#### Proven Results

**75**% average clinic utilization rate—significantly higher than industry benchmarks.

**99**% of patients give Symbol Health 5-star ratings.

**93** Net Promoter Score (NPS)—demonstrating industry-leading patient satisfaction.

### 4. Chronic Disease Management:
#### Improving Health, Cutting Costs

**XX**% improvement in chronic condition management (diabetes, hypertension, etc.)

**XX**% increase in preventive screenings & primary care engagement

Symbol's streamlined referral process ensures patients receive continuous, effective care.

# The Power of Localized, Regional Care

Employees trust local providers. Symbol's decade-plus experience in the Southeast delivers that trust and fosters the deep relationship patients need to get healthier. Unlike national competitors, we have a deep-rooted presence in the Southeast, bringing localized expertise and care tailored to regional challenges.

## XX
Savings For Employers

## 75%
Average Patient Engagement

## 93
**NPS SCORE**
2024 Book of Business Results

**Ready to Reduce Healthcare Costs & Improve Workforce Health?**

**Phone:** 844-7-SYMBOL (79.6265)
**symbolhealth.com**

# References

1. Rocovich, C., & Patel, T. (2012). Emergency department visits: Why adults choose the emergency room over a primary care physician visit during regular office hours? World Journal of Emergency Medicine, 3(2), 91–97 https://doi.org/10.5847/wjem.j.issn.1920-8642.2012.02.002

2. Milliman, Busch, F., Grzeskowiak, D., & Huth, E. (2020). Direct primary care: Evaluating a new model of delivery and financing. Society of Actuaries Research Expanding Boundaries (REX) Pool. https://www.soa.org/globalassets/assets/files/resources/research-report/2020/direct-primary-care-eval-model.pdf

3. National Association of Community Health Centers. (2023). Closing the primary care gap: Full report. https://www.nachc.org/wp-content/uploads/2023/06/Closing-the-Primary-Care-Gap_Full-Report_2023_digital-final.pdf

4. AMN Healthcare. (n.d.). Survey of physician appointment wait times and Medicare and Medicaid acceptance rates. Retrieved from https://www.amnhealthcare.com/siteassets/amn-insights/physician/survey-of-physician-appointment-wait-times-and-medicare-and-medicaid-acceptance-rates.pdf

5. UnitedHealth Group. (2019, July 22). The high cost of emergency department visits and how we can lower them. Retrieved from https://www.unitedhealthgroup.com/newsroom/posts/2019-07-22-high-cost-emergency-department-visits.html

6. American Journal of Managed Care. (n.d.). Emergency department use: A reflection of poor primary care access. Retrieved from https://www.ajmc.com/view/emergency-department-use-a-reflection-of-poor-primary-care-access

7. <<Chronic care episode costs>> Resource TBD

8. Aon plc. (2024, August 15). U.S. employer health care costs projected to increase 9 percent next year. PR Newswire. https://www.prnewswire.com/news-releases/aon-us-employer-health-care-costs-projected-to-increase-9-percent-next-year-302223205.html

9. Gao, J., Moran, E., Woolhandler, S., Toporek, A., Wilper, A. P., & Himmelstein, D. U. (2021). Primary care's effects on costs in the US Veterans Health Administration, 2016–2019: An observational cohort study. Journal of General Internal Medicine, 37(13), 3289–3294. https://doi.org/10.1007/s11606-021-07140-6

10. Buttorff, C., Ruder, T., & Bauman, M. (2017). Multiple chronic conditions in the United States. RAND Corporation. https://www.rand.org/pubs/tools/TL221.html

11. Benavidez, G. A., Zahnd, W. E., Hung, P., & Eberth, J. M. (2024). Chronic disease prevalence in the U.S.: Sociodemographic and geographic variations by ZIP code tabulation area.  Preventing Chronic Disease, 21, 230267. https://doi.org/10.5888/pcd21.230267