FILED
2026 Jun-29 PM 09:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| Dana Jacks, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:26-cv-00604-ACA |
| | ) | |
| | ) | |
| Jefferson County, Alabama, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANT SYMBOCOR'S
## PARTIAL MOTION FOR JUDGMENT ON THE PLEADINGS

COMES NOW Plaintiff Dana Jacks, as Administrator and Personal Representative of the Estate of John Jacks, by and through their undersigned counsel, and provides this Response to SymboCor's Motion for Judgment on the Pleadings and will show the Court as follows:

Plaintiff abandons Count III of her First Amended Complaint as to Defendant SymboCor, LLC. Should the Court prefer that Plaintiff amend her Complaint to this effect, she requests leave of Court to do so.

Dated: June 29, 2026

Respectfully submitted,

s/Nicholas H. Parks
Nicholas H. Parks
Attorney for Plaintiff
The Parks Law Firm, P.C.
Alabama Bar No: 7306M46B
Texas Bar No: 24058032
PO Box 200
Shannon, AL 35142
Phone: 214-991-2642
Fax: 214-441-6425
Email: nhparks@gmail.com

**<u>Certificate of Service</u>**

I hereby certify that on this 29th day of June, 2026, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: <u>/s/ Nicholas Parks</u>
Nicholas Parks